1  WO
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8
9  United States of America,          )
                                       )
10         Plaintiff,                  )   CR 09-01443-PHX-DGC
                                       )
11  vs.                                )
                                       )   DETENTION ORDER
12                                     )
    Ramon Sanchez-Adame,               )
13                                     )
           Defendant.                  )
14                                     )
                                       )
15

16      Defendant appeared before this Court on a Petition for Revocation of Supervised
17  Release. The issue of detention was submitted to the Court. The Court considered the
18  Petition and file in determining whether defendant should be released on conditions set by
19  the Court.
20      The Court finds that defendant has failed to carry his burden of establishing that he
21  does not pose a serious flight risk pursuant to Rule 32.1(a)(6), Federal Rules of Criminal
22  Procedure.
23      The Court concludes, therefore, by a preponderance of the evidence, that defendant
24  is a serious flight risk and that there is no condition or combination of conditions that will
25  reasonably assure his appearance at future proceedings.
26  ///
27  ///
28

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 18th day of January, 2011.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge